AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

CARLOS LUJAN AND RYAN O'BRIEN AS TRUSTEES OF
THE NORTHERN CALIFORNIA DISTRICT COUNCIL OF
LABORERS LOCAL UNION #270 HEALTH & WELFARE
TRUST FUND; DENTAL FUND, VACATION FUND, UNION
ADMINISTRATION FUND, PLASTERERS PROMOTION
FUND, PENSION I FUND, AND PENSION II FUND; AND
LABORERS LOCAL UNION #270 HOD CARRIERS DIVISION,

**SUMMONS IN A CIVIL CASE**

V.

LVI ENVIRONMENTAL SERVICES, INC.,
a California Corporation, dba
ICONCO/LVI DEMOLITION SERVICES

CASE NUMBER:

C08 02523 RS 

TO:     LVI ENVIRONMENTAL SERVICES, INC.,
a California Corporation, dba
ICONCO/LVI DEMOLITION SERVICES

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

SUE CAMPBELL
Attorney at Law
1155 North First Street, Suite 101
San Jose, California 95112
(408) 277-0648

an answer to the complaint which is herewith served upon you, within 20     days after service of this summons upon you, exclusive
of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint.
You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Tiffany Salinas-Harwell

MAY 1 9 2008

CLERK

DATE

RICHARD W. WIEKING

(BY) DEPUTY CLERK