1  SUE CAMPBELL
   Attorney at Law, Bar Number 98728
2  1155 N. First Street, Suite 101
   San Jose, California 95112
3  (408) 277-0648

4  Attorneys for Plaintiffs

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10  CARLOS LUJAN AND RYAN O'BRIEN          )  CASE NO.: C08 02523 RS
    AS TRUSTEES OF THE NORTHERN            )
11  CALIFORNIA DISTRICT COUNCIL OF         )  REQUEST FOR
    LABORERS LOCAL UNION #270 HEALTH       )  DISMISSAL OF
12  & WELFARE TRUST FUND; DENTAL           )  ENTIRE ACTION
    FUND, VACATION FUND, UNION             )
13  ADMINISTRATION FUND, PLASTERERS        )
    PROMOTION FUND, PENSION I FUND,        )
14  AND PENSION II FUND; AND LABORERS      )
    LOCAL UNION #270 HOD CARRIERS          )
15  DIVISION,                              )
                                           )
16                    Plaintiffs,          )
                                           )
17  vs.                                    )
                                           )
18  LVI ENVIRONMENTAL SERVICES, INC.,      )
    a California Corporation, dba          )
19  ICONCO/LVI DEMOLITION SERVICES,        )
                                           )
20                    Defendants.          )
                                           )
21  ─────────────────────────────────────

22          Comes now the Plaintiffs CARLOS LUJAN AND RYAN O'BRIEN

23  AS TRUSTEES OF THE NORTHERN CALIFORNIA DISTRICT COUNCIL OF

24  LABORERS LOCAL UNION #270 HEALTH & WELFARE TRUST FUND; DENTAL

25  FUND, VACATION FUND, UNION ADMINISTRATION FUND, PLASTERERS

26  PROMOTION FUND, PENSION I FUND,  AND PENSION II FUND; AND LABORERS

27  LOCAL UNION #270 HOD CARRIERS DIVISION in the above-entitled action and

28

                                  1

                    REQUEST FOR DISMISSAL

1  hereby dismiss the entire action without prejudice as to every party.

2              No answer has been filed in this matter. The defendant has paid all monies

3  requested in the complaint for November 2006 - June 2007. This dismissal specifically does

4  not waive the right of the Trust Funds to audit the employer for the above time period, or any

5  other time period, and to collect any additional monies found to be delinquent as a result of an

6  audit through a subsequent legal action.

7

8  Dated:   July 17, 2008

   SUE CAMPBELL
9                                                   Attorney for Plaintiffs

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REQUEST FOR DISMISSAL